Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−30798−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Regina Perfetti
   1205 Sedgefield Drive
   Mt Laurel, NJ 08054

Social Security No.:
   xxx−xx−0026

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on September 24, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 134 − 110
Memorandum Decision re Motion for Violation of Automatic Stay (Related Doc # 110). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/24/2019. (bc)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: September 24, 2019
JAN: bc

                                                                Jeanne Naughton
                                                                Clerk